THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Chief, Criminal Division
ELIZABETH CARPENTER(SBN 243460)
Assistant United States Attorneys
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0347
     Facsimile:  (213) 894-3713
     E-mail: elizabeth.carpenter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL TIMOTHY ARNOLD,<br><br>        Defendants. | CR No. 05-772(A)-DDP<br><br><u>GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT MICHAEL TIMOTHY ARNOLD, PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48</u> |

    The government has determined that defendant Michael Timothy Arnold, who was arraigned on the Indictment in this matter, is now deceased.

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court, the United States Attorney for

//
//
//
//
//
//
//
//

the Central District of California hereby moves to dismiss the above-captioned case against defendant Michael Timothy Arnold, with prejudice.

DATE: July 8, 2009              Respectfully submitted,

                                THOMAS P. O'BRIEN
                                United States Attorney

                                CHRISTINE C. EWELL
                                Assistant United States Attorney
                                Chief, Criminal Division

                                       /s/
                                ELIZABETH CARPENTER
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA